DESAI LAW FIRM, P.C.
Aashish Y. Desai, Esq. (SBN 187394)
Adrianne De Castro, Esq. (SBN 238930)
3200 Bristol St., Suite 650
Costa Mesa, CA 92626
Telephone:  (949) 614-5830
Facsimile:   (949) 271-4190
aashish@desai-law.com
adrianne@desai-law.com

Attorneys for Plaintiffs all others similarly situated

[Additional counsel on following page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS, LADON CLINE, AND PAUL CONTRERAS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 8:20-cv-01701-PSG-JDE<br><br>Hon. Philip S. Gutierrez<br><br>**PLAINTIFFS' NOTICE OF LODGING [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>Final Pretrial<br>Conference:     at 2:30 p.m.<br>Trial Date:       at 9:00 a.m.<br>Courtroom:     10A<br><br>Complaint Filed: July 29, 2020 |

1
**NOTICE OF LODGING OF PRE-TRIAL CONFERENCE ORDER**

| | |
|---|---|
| 1 | Please take notice that, pursuant to Local Rules 5-4.4.1 and 16-7, Plaintiffs hereby lodges the [Proposed] Final Pretrial Conference Order. |

Dated: September 19, 2022          By: s/ *Aashish Y. Desai*
                                                  Aashish Y. Desai

DESAI LAW FIRM, P.C.
Aashish Y. Desai (SBN 187394)
aashish@desai-law.com
Adrianne De Castro (SBN 238930)
adrianne@desai-law.com
3200 Bristol St., Suite 650
Costa Mesa, CA 92626
Telephone: (949) 614-5830

*Attorney for Plaintiffs Willie Williams, LaDon Cline, and Paul Contreras*

**NOTICE OF LODGING OF PRE-TRIAL CONFERENCE ORDER**