UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIE WILLIAMS, LaDON CLINE, & PAUL CONTRERAS, on behalf of themselves and others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No.: 8:20-cv-01701-JLS-JDE<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE REVISED PRETRIAL MATERIALS** |
|---|---|

  The parties' Joint Motion for Leave to File Revised Pretrial Materials has come before the Court and is appropriate for decision without oral argument. Fed. R. Civ. P. 78; L.R. 7-15. Having considered the parties' Joint Motion, the Court GRANTS the Motion and Orders the parties to file revised versions of the following pretrial materials on the dates indicated below.

| Deadline | Description |
|---|---|
| 8/18/2023 | File and Serve Memorandum of Contentions of Fact and Law |
| 8/18/2023 | File Witness Lists and Joint Exhibit Lists |
| 8/29/2023 | File Joint Jury Instructions and Proposed Instructions if Objections |
| 9/1/2023 | Lodge Proposed Pretrial Conference Order |
| 9/1/2023 | File Proposed Voir Dire Questions |
| 9/7/2023 | File Joint Statement of the Case |
| 9/14/2023 | File "Clean Set" of Jury Instructions |

1  **IT IS SO ORDERED.**

2  Dated: August 9, 2023

3  The Hon. Phillip S. Gutierrez
 U.S. District Judge

4  4864-1685-1829, v 1

2