| | |
|---|---|
| 1 | Christopher C. McNatt, Jr. (SBN 174559) |
| 2 | cmcnatt@scopelitis.com<br>SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP |
| 3 | 2 North Lake Avenue, Suite 560<br>Pasadena, CA 91101 |
| 4 | P: 626-795-4700<br>F: 626-795-4790 |
| 5 | James H. Hanson (*Pro Hac Vice*) |
| 6 | jhanson@scopelitis.com<br>Karen Butler Reisinger (*Pro Hac Vice*) |
| 7 | kreisinger@scopelitis.com<br>SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C. |
| 8 | 10 West Market Street, Suite 1400<br>Indianapolis, IN 46204 |
| 9 | P: 317-637-1777<br>F: 317-687-2414 |
| 10 | Attorneys for Defendant, |
| 11 | J.B. HUNT TRANSPORT, INC. |

**Attorneys continue on next page**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS, LaDON CLINE, & PAUL CONTRERAS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01701-PSG-JDE<br><br>**JOINT STIPULATION FOR LEAVE TO BRING LAPTOPS INTO THE COURTROOM AND PERMISSION TO LEAVE EXHIBITS IN THE COURTROOM OVERNIGHT DURING THE JURY TRIAL**<br><br>Judge: Honorable Phillip S. Gutierrez<br>Courtroom: 6A<br>Final PTC: September 8, 2023, 1:30 p.m.<br>Trial: September 14, 2023 |

Desai Law Firm, P.C.
Aashish Y. Desai, Esq. (SBN 187394)
aashish@desai-law.com
Adrianne De Castro, Esq. (SBN 238930)
adrianne@desai-law.com
3200 Bristol Street, Suite 650
Costa Mesa, CA 92626
P: 949-614-5830
F: 949-271-4190

Attorneys for Plaintiffs,
WILLIE WILLIAMS, LaDON CLINE,
and PAUL CONTRERAS

Plaintiffs, Willie Williams, LaDon Cline, and Paul Contreras, and Defendant, J.B. Hunt Transport, Inc. (J.B. Hunt), respectfully request leave for their attorneys and client representatives to bring laptop computers into the courtroom during the jury trial and permission to leave exhibits in the courtroom overnight during the jury trial. Under the Court's Order for Jury Trial, ECF No. 177, this case is set for a jury trial to begin on September 14, 2023, at 9:00 a.m., and continuing September 18-19, 2023. To facilitate the orderly presentation of the evidence at trial, the parties request the following:

First, the Court's website states that "[e]lectronic equipment is not allowed into the courtroom, without first obtaining the Court's approval by stipulation and proposed order." Judge's Procedures, ¶ 4. Although the parties have not determined whether they will introduce electronic exhibits during the trial, to facilitate the parties' access to electronic materials they may use or need to refer to during the jury trial, the parties respectfully request that the Court grant the parties' counsel and their client representatives leave to bring laptop computers into the courtroom during the trial. No laptops will be left in the courtroom after the proceeding has concluded each day.

Second, with respect to exhibits for the trial, the Court's Order for Jury Trial states, in relevant part, that "[a]ny items that have not been admitted into evidence and are left in the courtroom overnight <u>without prior approval</u> will be discarded." ECF No. 177 at 10 (emphasis original). The parties anticipate bringing exhibit binders and, possibly, demonstrative exhibits into the courtroom for the trial. Although not required by the Court, the parties intend to provide exhibit binders for the jurors. Therefore, to facilitate the parties' entry into and out of the Courthouse on each day of trial, and to eliminate the need for the parties to bring multiple copies of exhibits into the courtroom, they respectfully request that the Court grant the parties permission to:

- Arrange to have the exhibit binders and demonstrative exhibits delivered to the courtroom on September 13, 2023; and

- Leave the exhibits and exhibit binders in the courtroom overnight, starting on September 13, including over the weekend starting on September 15, and through to the anticipated last day of trial, September 19, 2023.

It is so stipulated.

Respectfully submitted,

Dated: August 21, 2023

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

By:  */s/ James H. Hanson*
James H. Hanson
Karen Butler Reisinger

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

Christopher C. McNatt, Jr.

Attorneys for Defendant,
J.B. HUNT TRANSPORT, INC.

Dated: August 21, 2023

DESAI LAW FIRM, P.C.

By:  */s/ Adrianne De Castro*
Aashish Y. Desai
Adrianne De Castro

Attorneys for Plaintiffs,
WILLIE WILLIAMS, LaDON CLINE, and PAUL CONTRERAS

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Adrianne De Castro, counsel for Plaintiffs, and that I have obtained authorization to affix her electronic signature to this document.

*/s/James H. Hanson*
James H. Hanson
Karen Butler Reisinger

4880-6584-6393, v. 4