UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS, LaDON CLINE, & PAUL CONTRERAS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01701-JLS-JDE<br><br>**PROPOSED ORDER GRANTING JOINT STIPULATION FOR LEAVE TO BRING LAPTOPS INTO AND LEAVE EXHIBITS IN THE COURTROOM DURING THE JURY TRIAL** |

The parties' Joint Stipulation for Leave to Bring Laptops Into and Leave Exhibits in the Courtroom During the Jury Trial has come before the Court and is appropriate for decision without oral argument. Fed. R. Civ. P. 78; L.R. 7-15. Having considered the parties' Joint Stipulation, ECF No. 183, the Court GRANTS the Stipulation and Orders the following:

- The parties and their counsel may bring laptop computers into the courtroom for the Jury Trial set to begin on September 14, and continuing September 18, and 19, 2023. No laptops shall be left in the courtroom at the end of the proceeding each day.

- The parties may bring in their trial exhibits and binders into the courtroom on September 13, 2023, and may leave trial exhibits and binders, including

any demonstrative exhibits, in the courtroom overnight during the trial, including September 15-19, 2023.

**IT IS SO ORDERED.**

Dated:_____

                                                                                     The Hon. Phillip S. Gutierrez
                                                                                     U.S. District Judge

4893-2938-0985, v. 3