DESAI LAW FIRM, P.C.
Aashish Y. Desai, Esq. (SBN 187394)
Adrianne De Castro, Esq. (SBN 238930)
3200 Bristol St., Suite 650
Costa Mesa, CA 92626
Telephone: (949) 614-5830
Facsimile: (949) 271-4190
aashish@desai-law.com
adrianne@desai-law.com

Attorneys for Plaintiffs all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS, LADON CLINE, AND PAUL CONTRERAS on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> J.B. HUNT TRANSPORT, INC., an Arkansas Corporation, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 8:20-cv-01701-PSG-JDE <br><br> Hon. Philip S. Gutierrez <br><br> **PLAINTIFFS' NOTICE OF LODGING [PROPOSED] REVISED FINAL PRETRIAL CONFERENCE ORDER** <br><br> Final Pretrial Conference: December 1, 2023 at 2:30 p.m. <br><br> Trial Date: December 12, 2023 at 9:00 a.m. <br><br> Courtroom: 10A <br><br> Complaint Filed: July 29, 2020 |

1
**NOTICE OF LODGING OF REVISED PRE-TRIAL CONFERENCE ORDER**

| | |
|---|---|
| 1 | Please take notice that, pursuant to Local Rules 5-4.4.1 and 16-7, Plaintiffs hereby lodges the [Proposed] Revised Final Pretrial Conference Order. |

Dated: September 1, 2023         By: s/ *Aashish Y. Desai*
                                         Aashish Y. Desai

                                 DESAI LAW FIRM, P.C.
                                 Aashish Y. Desai (SBN 187394)
                                 aashish@desai-law.com
                                 Adrianne De Castro (SBN 238930)
                                 adrianne@desai-law.com
                                 3200 Bristol St., Suite 650
                                 Costa Mesa, CA 92626
                                 Telephone: (949) 614-5830

                                 *Attorney for Plaintiffs Willie Williams, LaDon Cline, and Paul Contreras*

**NOTICE OF LODGING OF REVISED PRE-TRIAL CONFERENCE ORDER**