Case 8:20-cv-01701-PSG-JDE   Document 208   Filed 01/17/24   Page 1 of 1   Page ID #:5888

NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Willie Williams, et al., <br> PLAINTIFF(S) <br> v. <br> J.B. Hunt Transportation, Inc., et al., <br> DEFENDANT(S) | CASE NUMBER: <br> SA20CV01701-PSG (JDEx) <br> <br> **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the joint _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

1/17/2024
Date

Counsel for: ☐ Plaintiff ☒ Defendant  _____

_____  _____
Signature                Telephone Number

1/17/2024
Date

Counsel for: ☒ Plaintiff ☐ Defendant  _____

_____  _____
Signature                Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

_____                By _____
Date                                       Deputy Clerk

---

G-38 (08/16)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING