FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WILLIE WILLIAMS, LaDON CLINE, and PAUL CONTRERAS,<br><br>   Plaintiffs,<br><br>vs.<br><br>J.B. HUNT TRANSPORT, INC.,<br><br>   Defendant. | Case No.: 8:20-cv-01701-PSG-JDE<br><br>**VERDICT FORM FOR PLAINTIFF LADON CLINE** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| WILLIE WILLIAMS, LaDON CLINE, and PAUL CONTRERAS,<br><br>Plaintiffs,<br><br>vs.<br><br>J.B. HUNT TRANSPORT, INC.,<br><br>Defendant. | Case No.: 8:20-cv-01701-PSG-JDE<br><br>**VERDICT FORM FOR PLAINTIFF LADON CLINE** |
|---|---|

We, the Jury in the above-entitled action, find as follows:

**Question 1**

Do you find by a preponderance of the evidence that LaDon Cline proved she incurred expenditures as a direct consequence of discharging her job duties?

YES _____          NO __✓__

If your answer to Question No. 1 is YES, then answer Question No. 2. If your answer to Question No. 1 is NO, you must skip the remaining questions; the jury foreperson should sign and date this verdict form and move to the Verdict Form for Plaintiff Paul Contreras.

-1-

**Question 2**

Do you find by a preponderance of the evidence that LaDon Cline proved that the expenditures she incurred were necessary and reasonable?

    YES \_\_\_\_    NO \_\_\_\_

If your answer to Question No. 2 is YES, then answer Question No. 3. If your answer to Question No. 2 is NO, you must skip the remaining questions; the jury foreperson should sign and date this verdict form and move to the Verdict Form for Plaintiff Paul Contreras.

**Question 3**

Do you find by a preponderance of the evidence that LaDon Cline proved that Defendant, J.B. Hunt Transport, Inc., failed to reimburse her for the full amount of her expenditures?

    YES \_\_\_\_    NO \_\_\_\_

If your answer to Question No. 3 is YES, then answer Question No. 4. If your answer to Question No. 3 is NO, you must skip the remaining questions; the jury foreperson should sign and date this verdict form and move to the Verdict Form for Plaintiff Paul Contreras.

**Question 4**

Do you find by a preponderance of the evidence that LaDon Cline proved the amount of the expenditures that Defendant, J.B. Hunt Transport, Inc., failed to reimburse?

    YES \_\_\_\_    NO \_\_\_\_

If you answered YES to Questions 1, 2, 3, and 4, please answer Question 5. If you answered NO to Questions 1, 2, 3, or 4, for LaDon Cline, you must skip the remaining questions; the jury foreperson should sign and date this verdict form and move to the Verdict Form for Plaintiff Paul Contreras.

**Question 5**

What amount of expenditures did you determine by a preponderance of the evidence that LaDon Cline is entitled to receive?

$_____

DATE: 1-17-2024



Jury Foreperson

3