## LIST OF EXHIBITS AND WITNESSES

**F I L E D**
CLERK, U.S. DISTRICT COURT
01/17/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ cr _____ DEPUTY

| Case Number | SA CV 20-01701-PSG (JDEx) | Title | Willie Williams, et al. v. J.B. Hunt Transport, Inc. |
|---|---|---|---|
| Judge | Philip S. Gutierrez | | |
| Dates of Trial or Hearing | January 11, 2024, January 16, 2024 and January 17, 2024 | | |
| Court Reporters or Tape No. | CourtSmart | | |
| Deputy Clerks | Charles A. Rojas and Daniel Tamayo | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Aashish Desai | James Hanson |
| Maria De Castro | Karen Reisinger |
| | Jared Kramer |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | | |
| | | | | | | See attached Exhibit and Witness list. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

1    Christopher C. McNatt, Jr. (SBN 174559)
     cmcnatt@scopelitis.com
2    SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
     2 North Lake Avenue, Suite 560
3    Pasadena, CA 91101
     P: 626-795-4700
4    F: 626-795-4790

5    James H. Hanson, Pro Hac Vice
     jhanson@scopelitis.com
6    Karen Butler Reisinger, Pro Hac Vice
     kreisinger@scopelitis.com
7    SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
     10 West Market Street, Suite 1400
8    Indianapolis, IN 46204
     P: 317-637-1777
9    F: 317-687-2414

10   Attorneys for Defendant,
     J.B. HUNT TRANSPORT, INC.
11

12   [Additional counsel on following page.]

13                  UNITED STATES DISTRICT COURT

14                  CENTRAL DISTRICT OF CALIFORNIA

15                       SOUTHERN DIVISION

| | |
|---|---|
| 16   WILLIE WILLIAMS, LADON CLINE, AND PAUL CONTRERAS on behalf of themselves and all others similarly situated, | CASE NO.: 8:20-cv-01701-PSG-JDE |
| 17 18 | Hon. Philip S. Gutierrez |
| 19          Plaintiffs, | **THIRD REVISED JOINT EXHIBIT LIST (EXHIBITS 62, 63, 64, 71, 72, AND 73 REMOVED, 74 ADDED)** |
| 20   v. | |
| 21 22   J.B. HUNT TRANSPORT, INC., an Arkansas Corporation, and DOES 1-10, inclusive, | |
| 23 24          Defendants. | Final PTC:   November 28, 2023<br>Time:        1:30 p.m.<br>Courtroom:   10A<br>Trial Date:  December 12, 2023 |
| 25 | |

26

27

28

                                    1

1   **Additional counsel:**

2   Desai Law Firm, P.C.
    Aashish Y. Desai, Esq. (SBN 187394)

3   Adrianne De Castro, Esq. (SBN 238930)
    3200 Bristol St., Suite 650

4   Costa Mesa, CA 92626

5   Telephone:  (949) 614-5830

6   Facsimile:   (949) 271-4190
    aashish@desai-law.com

7   adrianne@desai-law.com

8
    Attorneys for Plaintiffs,

9   Willie Williams, LaDon Cline, and

10  Paul Contreras

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs, Willie Williams, LaDon Cline, and Paul Contreras, and Defendant, J.B. Hunt Transport, Inc., respectfully submit this Third Revised Joint Exhibit List for the Court's convenience. This Third Revised Joint Exhibit List removes Exhibits 62, 63, 64, 71, 72, and 73, from the previously-filed list, ECF No. 188, and therefore eliminates the number of exhibits that may require the Court to rule on objections.[1] The parties jointly submit the following list of exhibits anticipated to be used in the trial of this action and to which the parties stipulate to authenticity.

| Exhibit No. | Party Offering | Description/ Bates No. | Identified | Admitted |
|---|---|---|---|---|
| 1 | Plaintiffs | Excerpts from Willie Williams' Application JBHW001276, JBHW001280, JBHW001284, | | |
| 17 | Defendant | Willie Williams Redacted Verizon cell phone bill Dec. 29, 2019-Jan. 28, 2020 | 1/16/2024 | 1/16/2024 |
| 20 | Plaintiffs | Excerpts from LaDon Cline's Application JBHW000008 | | |
| 21 | Plaintiffs | LaDon Cline – Certificate of Understanding and Agreement JBHW00033, | | |
| 29 | Plaintiffs | LaDon Cline screen shot of Target Dispatch phone number. Williams- | 1/17/2024 | 1/17/2024 |

[1] Plaintiffs and Defendant have discussed their respective objections to these exhibits and reserve the right to introduce them as demonstrative exhibits during the jury trial.

3

| Exhibit No. | Party Offering | Description/ Bates No. | Identified | Admitted |
|---|---|---|---|---|
| | | 000147 | | |
| 39a | Defendant | Contreras Phone Record (filtered), Sept. 14 – Oct. 13, 2019. Williams-000144 | 1/16/2024 | 1/16/2024 |
| 39b | Defendant | Contreras Phone Record (filtered) Oct 14 – Nov. 13, 2019. Williams-000141-142 | 1/16/2024 | 1/16/2024 |
| 39c | Defendant | Contreras Phone Record (filtered), Dec. 14, 2019 – Jan. 13, 2020. Williams-000126-128 | 1/16/2024 | 1/16/2024 |
| 39d | Defendant | Contreras Phone Record (filtered), Mar. 14 – Apr. 13, 2020. Williams-000135-136 | 1/16/2024 | 1/16/2024 |
| 39e | Defendant | Contreras Phone Record (filtered), May 14 – Jun. 13, 2020. Williams-000139-140 | 1/16/2024 | 1/16/2024 |
| 39f | Defendant | Contreras Phone Record (filtered), Jul 14 – Aug. 13, 2020. Williams-000131-132 | 1/16/2024 | 1/16/2024 |
| 44 | Plaintiffs | February 2015, Bring Your Own Device Employee | | |

| Exhibit No. | Party Offering | Description/ Bates No. | Identified | Admitted |
|---|---|---|---|---|
| | | Program. JBHW001894-1899 | | |
| 45 | Plaintiffs | J.B. Hunt Reimbursement policy Jan 2016 – Dec 31, 2017. JBHW 001903-1907 | | |
| 47 | Plaintiffs | J.B. Hunt Dec 2019 Driver Manual. JBHW002127-2175 | | |
| 48 | Plaintiffs | J.B. Hunt 2015 Driver Manual. JBHW001914-2126 | | |
| 50 | Plaintiffs | Excerpts from Plaintiff Willie Williams' Driver File. JBHW001274, JBHW001293-1294, JBHW001298, JBHW001300, JBHW001368, JBHW001372-1373, JBHW001375 | | |
| 51 | Plaintiffs | Excerpts from Plaintiff Paul Contreras' Driver File. JBHW000666, JBHW000758-760 | | |

| Exhibit No. | Party Offering | Description/ Bates No. | Identified | Admitted |
|---|---|---|---|---|
| | | JBHW000789-90 | | |
| 52 | Plaintiffs | Excerpts from Plaintiff LaDon Cline's Driver File.JBHW000011, JBHW00022, JBHW00024, JBHW00062, JBHW00085-86 | | |
| 53 | Plaintiffs | Target Driver Manual JBHW 001874-1893 | | |
| 54 | Plaintiffs | Williams' screen shot of list of managers Williams-000026 | 1/16/2024 | 1/16/2024 |
| 55a | Plaintiffs | Williams Verizon Bill Aug 29-Sept 28, 2019. Williams-000862-882 | 1/16/2024 | 1/16/2024 |
| 55b | Plaintiffs | Williams Verizon Bill Sept 29-Oct 28, 2019. Williams-000825-861 | 1/16/2024 | 1/16/2024 |
| 55c | Plaintiffs | Williams Verizon Bill 10/29/19 – 11/28/19 Williams-001283-1311 | 1/16/2024 | 1/16/2024 |
| 55d | Plaintiffs | Williams Verizon Bill (Highlighted) 11/29/19 – 12/28/19 | 1/16/2024 | 1/16/2024 |

| Exhibit No. | Party Offering | Description/ Bates No. | Identified | Admitted |
|---|---|---|---|---|
| | | Williams – 001312-1326 | | |
| 55e | Plaintiffs | Willie Williams Cell Phone Record 11/29/19 – 12/28/19 Williams-001337-1362 | 1/16/2024 | 1/16/2024 |
| 55f | Plaintiffs | Williams Verizon Bill Dec. 29, 2019- Jan 28, 2020. Williams-000787-797 | 1/16/2024 | 1/16/2024 |
| 55g | Plaintiffs | Williams Verizon Bill Jan 29-Feb 28, 2020. Williams-000761-786 | 1/16/2024 | 1/16/2024 |
| 55h | Plaintiffs | Williams Verizon Bill Feb 29-Mar 28, 2020. Williams-000809-824 | 1/16/2024 | 1/16/2024 |
| 55i | Plaintiffs | Williams Verizon Bill Apr 28, 2020. Williams-00745-760 | 1/16/2024 | 1/16/2024 |
| 55j | Plaintiffs | Williams Verizon bill May 29 - June 28, 2020. Williams-000798-808 | 1/16/2024 | 1/16/2024 |
| 56 | Plaintiffs | Cline Screen Shots of Text Messages Williams148-149 | 1/17/2024 | 1/17/2024 |
| 57a | Plaintiffs | Cline Phone Bill | 1/17/2024 | 1/17/2024 |

| Exhibit No. | Party Offering | Description/ Bates No. | Identified | Admitted |
|---|---|---|---|---|
| | | - Nov 2-Dec 1, 2019 Williams-000883-000900 | | |
| 57b | Plaintiffs | Cline Phone Bill - Dec 2, 2019 - Jan 1, 2020. Williams-000901-000919 | 1/17/2024 | 1/17/2024 |
| 57c | Plaintiffs | Cline Phone Bill - Jan 2-Feb 1, 2020 Williams-000920-000939 | 1/17/2024 | 1/17/2024 |
| 57d | Plaintiffs | Cline Phone Bill Feb 2-Mar 1, 2020. Williams-000940-000960 | 1/17/2024 | 1/17/2024 |
| 57e | Plaintiffs | Cline Phone Bill Mar 2-Apr 1, 2020 . Williams-000961-000980 | 1/17/2024 | 1/17/2024 |
| 57f | Plaintiffs | Cline Phone Bill Apr 2-May 1, 2020 Williams-000981-000998 | 1/17/2024 | 1/17/2024 |
| 57g | Plaintiffs | Cline Phone Bill Dec 2, 2020-Jan 1, 2021. Williams-000999-001020 | 1/17/2024 | 1/17/2024 |
| 57h | Plaintiffs | Cline Phone Bill Jan 2–Feb 1, 2021 . Williams-001043-001066 | 1/17/2024 | 1/17/2024 |
| 57i | Plaintiffs | Cline Phone Bill Feb 2-Mar 01, 2021 . Williams-001021-001042 | 1/17/2024 | 1/17/2024 |
| 58a | Plaintiffs | Contreras Cell Phone Records and Bills July | 1/16/2024 | 1/16/2024 |

| Exhibit No. | Party Offering | Description/ Bates No. | Identified | Admitted |
|---|---|---|---|---|
| | | 14, – Aug 13, 2019. Williams-001095-1120 | | |
| 58b | Plaintiffs | Contreras Cell Phone Records and Bills Aug 14, – Sep 13, 2019. Williams-001109-1120 | 1/16/2024 | 1/16/2024 |
| 58c | Plaintiffs | Contreras Cell Phone Records and Bills Sep 14, – Oct 13, 2019. Williams-001121-1132 | 1/16/2024 | 1/16/2024 |
| 58d | Plaintiffs | Contreras Cell Phone Records and Bills Oct 14, – Nov 13, 2019. Williams-001133-1146 | 1/16/2024 | 1/16/2024 |
| 58e | Plaintiffs | Contreras Cell Phone Records and Bills Nov 14, – Dec 13, 2019. Williams-001147-1158 | 1/16/2024 | 1/16/2024 |
| 58f | Plaintiffs | Contreras Cell Phone Records and Bills Dec14, 2019 – Jan 13, 2020. Williams-001159-1172 | 1/16/2024 | 1/16/2024 |
| 58g | Plaintiffs | Contreras Cell Phone Records and Bills Jan 14, – Feb 13, 2020. Williams-001173-1186 | 1/16/2024 | 1/16/2024 |
| 58h | Plaintiffs | Contreras Cell | 1/16/2024 | 1/16/2024 |

| Exhibit No. | Party Offering | Description/ Bates No. | Identified | Admitted |
|---|---|---|---|---|
| | | Phone Records and Bills Feb 14, – Mar 13, 2020. Williams-001187-1200 | 1/16/2024 | 1/16/2024 |
| 58i | Plaintiffs | Contreras Cell Phone Records and Bills Mar 14, – Apr 13, 2020. Williams-001201-1214 | 1/16/2024 | 1/16/2024 |
| 58j | Plaintiffs | Contreras Cell Phone Records and Bills Apr 14, – May 13, 2020. Williams-001215-1226 | 1/16/2024 | 1/16/2024 |
| 58k | Plaintiffs | Contreras Cell Phone Records and Bills May 14, – Jun 13, 2020. Williams-001227-1240 | 1/16/2024 | 1/16/2024 |
| 58l | Plaintiffs | Contreras Cell Phone Records and Bills Jul 14, – Aug 13, 2020. Williams-001241-1254 | 1/16/2024 | 1/16/2024 |
| 58m | Plaintiffs | Contreras Cell Phone Records and Bills Jul 14, – Aug 13, 2020. Williams-001255-1268 | 1/16/2024 | 1/16/2024 |

| Exhibit No. | Party Offering | Description/ Bates No. | Identified | Admitted |
|---|---|---|---|---|
| 58n | Plaintiffs | Contreras Phone Bill Aug 14-Sept 13, 2020 Williams-001081-001094 | 1/16/2024 | 1/16/2024 |
| 58o | Plaintiffs | Contreras Detailed Bill Nov 14-Dec 13, 2020 . Williams-000647-000664 | 1/16/2024 | 1/16/2024 |
| 58p | Plaintiffs | Contreras Detailed Bill Dec 14, 2020-Jan 13, 2021. Williams-000665-000688 | 1/16/2024 | 1/16/2024 |
| 58q | Plaintiffs | Contreras Detailed Bill Jan 14-Feb 13, 2021. Williams-000689-000712 | 1/16/2024 | 1/16/2024 |
| 58r | Plaintiffs | Contreras Detailed Bill Feb 14-Mar 13, 2021. Williams-000713-000728 | 1/16/2024 | 1/16/2024 |
| 58s | Plaintiffs | Contreras Detailed Bill Mar 14-Apr 13, 2021. Williams-000729-000744 | | |

| Exhibit No. | Party Offering | Description/ Bates No. | Identified | Admitted |
|---|---|---|---|---|
| 59 | Plaintiffs | DRIVE User Agreement - JBHW002335 | | |
| 60 | Plaintiffs | Plaintiff Willie Williams' Text Messages, Williams-001269-1276 | 1/16/2024 | 1/16/2024 |
| 61 | Plaintiffs | Plaintiffs LaDon Cline's Text Messages, Williams - 001278-1282 | 1/17/2024 | 1/17/2024 |
| 65 | Defendant | Reimbursement Policy Effective 01/01/18 JBHW001908-1910 | | |
| 66 | Defendant | Reimbursement Policy Effective 07/01/19 JBHW001900-1902 | | |
| 67 | Defendant | J.B. Hunt DCS Driver Manual JBHW001852-1873 | 1/16/2024 | |
| 68 | Defendant | Map Book, Target Food, Rialto, CA JBHW2689-2984 | 1/16/2024 | 1/16/2024 |
| 69a | Defendant | Williams Cell Phone Bill (redacted) Aug. 29 – Sep. 28, 2019, Williams-000111-125 | | |
| 69b | Defendant | Williams Cell Phone Bill | | |

| Exhibit No. | Party Offering | Description/ Bates No. | Identified | Admitted |
|---|---|---|---|---|
| | | (redacted) Sep. 28 – Oct. 28, 2019, Williams-000088-110 | | |
| 69c | Defendant | Williams Cell Phone Bill (redacted) Jan. 29 – Feb. 28, 2020, Williams-000036-49 | | |
| 69d | Defendant | Williams Cell Phone Bill (redacted) May 29 – Jun. 28, 2020, Williams-000061-71 | | |
| 70a | Defendant | Cline Cell Phone Bill (redacted) Nov. 2 – Dec. 1, 2019, Williams-000151-168 | | |
| 70b | Defendant | Cline Cell Phone Bill (redacted) Dec. 2, 2019 – Jan. 1, 2020, Williams-000169-187 | | |
| 70c | Defendant | Cline Cell Phone Bill (redacted) Jan. 2, - Feb. 1, 2020, Williams-000188-207 | | |
| 70d | Defendant | Cline Cell Phone Bill (redacted) Feb. 2 – Mar. 1, 2020, Williams-000208-228 | | |
| 70e | Defendant | Cline Cell Phone Bill (redacted) Mar. 2 – Apr. 1, | | |

| Exhibit No. | Party Offering | Description/ Bates No. | Identified | Admitted |
|---|---|---|---|---|
| | | 2020, Williams-000229-248 | | |
| 70f | Defendant | Cline Cell Phone Bill (redacted) Apr. 2 – May 1, 2020, Williams-000249-266 | | |
| 70g | Defendant | Cline Cell Phone Bill (redacted) Dec. 20, 2020 – Jan. 1, 2021, Williams-000267-288 | | |
| 70h | Defendant | Cline Cell Phone Bill (redacted) Jan. 2 – Feb. 1, 2021 (Williams-000311-334) | | |
| 70i | Defendant | Cline Cell Phone Bill (redacted) Feb. 2 – Mar. 1, 2021, Williams-000289-310 | | |
| 74 | Defendant | PeopleNet Training | 1/16/2024 | 1/16/2024 |

Respectfully submitted,

Dated:  November 13, 2023

By: s/ *James H. Hanson*
    James H. Hanson

SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, P.C.
James H. Hanson
Karen Reisinger
10 West Market Street, Suite 1400,
Indianapolis, IN 46204
jhanson@scopelitis.com
kreisinger@scopelitis.com
Telephone: (317) 637-1777

SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, LLP
Christopher C. McNatt, Jr. (SBN 174559)
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
cmcnatt@scopelitis.com
rbrown@scopelitis.com
Telephone: 626-795-4700

*Attorneys for Defendant,*
*J.B. Hunt Transport, Inc.*

Dated:  November 13, 2023

By: */s/ Adrianne De Castro*
    Aashish Desai
    Adrianne De Castro

DESAI LAW FIRM, P.C.
Aashish Y. Desai (SBN 187394)
aashish@desai-law.com
Adrianne De Castro (SBN 238930)
adrianne@desai-law.com
3200 Bristol St., Suite 650
Costa Mesa, CA 92626
Telephone: (949) 614-5830

*Attorneys for Plaintiffs Willie Williams, LaDon*
*Cline, and Paul Contreras*

1      Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this

2 document is acceptable to Adrianne De Castro, counsel for Plaintiffs, and that I have

3 obtained authorization to affix her electronic signature to this document.

_/s/James H. Hanson_
James H. Hanson

4877-8298-6126, v. 5

DESAI LAW FIRM, P.C.
Aashish Y. Desai, Esq. (SBN 187394)
Adrianne De Castro, Esq. (SBN 238930)
3200 Bristol St., Suite 650
Costa Mesa, CA 92626
Telephone:  (949) 614-5830
Facsimile:   (949) 271-4190
aashish@desai-law.com
adrianne@desai-law.com

Attorneys for Plaintiffs all others similarly situated

[Additional counsel on following page.]

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 7 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS, LADON CLINE, AND PAUL CONTRERAS on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> J.B. HUNT TRANSPORT, INC., an Arkansas Corporation, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 8:20-cv-01701-PSG-JDE <br><br> Hon. Philip S. Gutierrez <br><br> **JOINT WITNESS LIST** <br><br><br> Final PTC: September 8, 2023 <br> Time:        1:30 p.m. <br> Courtroom:  10A <br><br> Trial Date:  September 14, 2023 |

1

**JOINT WITNESS LIST**

**Additional counsel:**

James H. Hanson (*Pro Hac Vice*)
jhanson@scopelitis.com
Karen Butler Reisinger (*Pro Hac Vice*)
kreisinger@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-637-1777
F: 317-687-2414

Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
P: 626-795-4700
F: 626-795-4790

Attorneys for Defendant,
J.B. HUNT TRANSPORT, INC.

JOINT WITNESS LIST

Pursuant to Local Rules 16 and 26, the parties jointly hereby disclose the following witnesses who will testify at the trial of this matter.

| Trial Witness | Party Calling Witness | Brief Statement of Testimony from Each Witness/What Makes Testimony Unique | Direct Examination Estimate | Cross Examination Estimate |
|---|---|---|---|---|
| Sherry Moncrief | Plaintiffs | Ms. Moncrief will provide testimony about J.B. Hunt's corporate practices, and J.B. Hunt's reimbursement practices. She will also authenticate certain corporate documents. | 25 minutes *1/16/2024* | 0.5 hours |
| | Defendant | Ms. Moncrief will testify about (1) J.B. Hunt's provision of onboard computers in all its trucks to allow drivers to record their hours of service and to communicate with J.B. Hunt; and (2) J.B. Hunt's personal cell phone reimbursement policies. Ms. Moncrief may also authenticate J.B. Hunt's employee handbook exhibits. | | |
| Willie Williams | Plaintiff | Mr. Williams will provide testimony about his work experience at J.B. Hunt and the use of his personal cell phone to communicate with J.B. Hunt. He will also authenticate documents such as his cell phone bills and cell phone records. | 0.5 hours *1/16/2024* | 0.5 hours |

JOINT WITNESS LIST

| Trial Witness | Party Calling Witness | Brief Statement of Testimony from Each Witness/What Makes Testimony Unique | Direct Examination Estimate | Cross Examination Estimate |
|---|---|---|---|---|
| LaDon Cline | Plaintiff | Ms. Cline will provide testimony about her work experience at J.B. Hunt and the use of her personal cell phone to communicate with J.B. Hunt. She will also authenticate documents such as her cell phone bills and cell phone records | 0.5 hours *1/17/2024* | 0.5 hours |
| Paul Contreras | Plaintiff | Mr. Contreras will provide testimony about his work experience at J.B. Hunt and the use of his personal cell phone to communicate with J.B. Hunt. He will also authenticate documents such as his cell phone bills and cell phone records | 0.5 hours *1/16/2024* | 0.5 hours |
| Tommy Hsu | Plaintiff | Mr. Hsu is a J.B. Hunt manager who will provide testimony about his supervision of all three named Plaintiffs.  He will provide testimony of J.B. Hunt's reimbursement practices in California, how it applied to the three Plaintiffs, as well as the use of the PeopleNet system. | 20 minutes *1/16/2024* | 0.5 hours |

**JOINT WITNESS LIST**

| Trial Witness | Party Calling Witness | Brief Statement of Testimony from Each Witness/What Makes Testimony Unique | Direct Examination Estimate | Cross Examination Estimate |
|---|---|---|---|---|
| | Defendant | Mr. Hsu will authenticate J.B. Hunt driver manuals and the content of those manuals with regard to the use of personal cell phone devices to perform work at the Target-Rialto account and testify about (1) J.B. Hunt's policy that prohibits a driver's use of hand-held device while driving; (2) J.B. Hunt's provision of onboard computers in Plaintiffs' trucks to allow Target-Rialto drivers to record their hours of service and to communicate with J.B. Hunt; (3) the training provided to drivers at the Target-Rialto account, including how to use the onboard computer; (4) the functions of the Drive App that were available during the time Plaintiffs were employed at the Target-Rialto account; and (5) how drivers for the Target-Rialto account were scheduled and the ways a driver knew or could have known when his or her next shift started. | | |

**JOINT WITNESS LIST**

| Trial Witness | Party Calling Witness | Brief Statement of Testimony from Each Witness/What Makes Testimony Unique | Direct Examination Estimate | Cross Examination Estimate |
|---|---|---|---|---|
| Paul Starkey | Plaintiff | Mr. Starkey is a J.B. Hunt employee. He worked as an Operations Supervisor and now an Account Manager at Target-Rialto where the named Plaintiffs worked. He will provide testimony about the Target-Rialto facility. | 20 minutes | 20 minutes |
| | Defendant | Mr. Starkey will testify about supervising Plaintiffs at the Target-Rialto account. | | |

*1/16/2024*

[Signatures of Counsel on Next Page]

**JOINT WITNESS LIST**

| | |
|---|---|
| Dated: August 18, 2023 | Respectfully submitted, |
| | By: s/ *James H. Hanson* |
| | James H. Hanson |
| | |
| | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C. |
| | James H. Hanson (*Pro Hac Vice*) |
| | Karen B. Reisinger (*Pro Hac Vice*) |
| | 10 West Market Street, Suite 1400, |
| | Indianapolis, IN 46204 |
| | jhanson@scopelitis.com |
| | kreisinger@scopelitis.com |
| | Telephone: (317) 637-1777 |
| | |
| | Christopher C. McNatt, Jr. (SBN 174559) |
| | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP |
| | 2 North Lake Avenue, Suite 560 |
| | Pasadena, CA 91101 |
| | cmcnatt@scopelitis.com |
| | rbrown@scopelitis.com |
| | Telephone: 626-795-1777 |
| | |
| | *Attorneys for Defendant, J.B. Hunt Transport, Inc.* |
| Dated: August 18, 2023 | By: s/ *Adrianne De Castro* |
| | Adrianne De Castro |
| | |
| | DESAI LAW FIRM, P.C. |
| | Aashish Y. Desai (SBN 187394) |
| | aashish@desai-law.com |
| | Adrianne De Castro (SBN 238930) |
| | adrianne@desai-law.com |
| | 3200 Bristol St., Suite 650 |
| | Costa Mesa, CA 92626 |
| | Telephone: (949) 614-5830 |
| | |
| | *Attorneys for Plaintiffs, Willie Williams, LaDon Cline, and Paul Contreras and all other aggrieved employees* |

6                                                          **JOINT WITNESS LIST**

1    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of

2  this document is acceptable to Adrianne De Castro, counsel for Plaintiffs, and that I

3  have obtained authorization to affix her electronic signature to this document.

4

5                                        */s/James H. Hanson*
                                         James H. Hanson

6

7

8

9    4863-9240-8437, v. 5

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7                                                      **JOINT WITNESS LIST**