Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790

James H. Hanson (Pro Hac Vice)
jhanson@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 637-1777
Facsimile: (317) 687-2414

Attorneys for Defendant,
J.B. HUNT TRANSPORT, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS, LaDON CLINE, & PAUL CONTRERAS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No. 8:20-cv-01701-PSG-JDE<br><br>**DEFENDANT'S NOTICE OF LODGING [PROPOSED] FINAL JUDGMENT**<br><br>Judge:     Hon. Phillip S. Gutierrez<br><br>Complaint Filed:  July 30, 2020 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Trial Civil Minutes Entry (ECF No. 207) Defendant, J.B. Hunt Transport, Inc., hereby lodges its [Proposed] Final Judgment, a copy of which is attached as *Exhibit A*. Plaintiffs have approved the form of the [Proposed] Final Judgment.

1

Dated:   January 24, 2024

2

3

4

5     4867-1542-2367, v. 2

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

By:    /s/ James H. Hanson

James H. Hanson
Attorneys for Defendant,
J.B. HUNT TRANSPORT, INC.