Christopher C. McNatt, Jr. (SBN 174559)
Scopelitis, Garvin, Light, Hanson & Feary, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
Phone: 626-795-4700Name and address:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| WILLIE WILLIAMS, LaDON CLINE, and PAUL CONTRERAS, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:20-cv-01701-PSG |
| v. | |
| J.B. Hunt Transport, Inc., an Arkansas corporation; and DOES 1-10, inclusive | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_  [198] [202]** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case _Pro Hac Vice_ filed by**

Kramer, Jared S.                                             of

*Applicant's Name (Last Name, First Name & Middle Initial)*

312-255-7200                    312-422-1224

*Telephone Number*          *Fax Number*

jskramer@scopelitis.com

*E-Mail Address*

Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 W. Monroe Street
Suite 1600
Chicago, IL 60603

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

J.B. Hunt Transport, Inc.

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

McNatt, Jr., Christopher C.                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

174559          626-795-4700          626-795-4790

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

cmcnatt@scopelitis.com

*E-Mail Address*

Scopelitis, Garvin, Light, Hanson & Feary, LLP
2 North Lake Avenue
Suite 560
Pasadena, CA 91101

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated**   January 25, 2024                                             _____
                                                                              **U.S. District Judge**