JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS, LaDON CLINE, & PAUL CONTRERAS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01701-PSG-JDE<br><br>[PROPOSED] FINAL JUDGMENT |

On August 23, 2021, the Court granted the parties joint stipulation to voluntarily dismiss with prejudice Plaintiffs' meal and rest break claims in the Second and Third Causes of Action of the First Amended Complaint. ECF Nos. 46, 47.

Thereafter, on March 9, 2022, the Court granted summary judgment against Plaintiffs and in favor of Defendant on Plaintiffs' First Amended Class Action Complaint for failure to pay all wages for non-driving time (the First Cause of Action), for failure to issue accurate itemized wage statements (the Fifth Cause of Action), for late payment of wages and waiting time penalties (the Sixth Cause of Action); and for unlawful and/or unfair business practices (the Seventh Cause of Action) and for violation of the Private Attorney Generals Act (the Eighth Cause of Action) to the extent the latter two claims were predicated on Plaintiffs' First, Fifth, and Sixth Causes of Action. The Court also granted summary judgment against Plaintiffs and in favor of Defendant as to Plaintiffs' Eighth Cause of Action to the extent it was based on violations California Labor Code § 1174(d) and sought to recover penalties under California Labor Code § 1174.5. ECF No. 81.

On January 11, 16, and 17, 2024, the Court conducted a jury trial on Plaintiffs'

Fourth Cause of Action for failure to indemnify for all necessary expenditures in violation of California Labor Code § 2802; and heard evidence on Plaintiffs' Seventh Cause of Action for unlawful and/or unfair business practices and Eighth Cause of Action for penalties under the Private Attorneys General Act to the extent they were predicated on Plaintiffs' Fourth Cause of Action. On January 17, 2024, the jury returned a verdict in favor of Defendant and against Plaintiffs on the Fourth Cause of Action.

Based on the jury's findings, the Court now finds in favor of Defendant and against Plaintiffs on their individual claims in the Seventh Cause of Action for unlawful and/or unfair business practices and in the Eighth Cause of Action for penalties under the Private Attorneys General Action to the extent they were predicated on Plaintiffs' Fourth Cause of Action. The Court dismisses without prejudice the claims of allegedly aggrieved employees for failure to indemnify for all necessary expenditures in violation of California Labor Code § 2802 under the Private Attorneys General Act.

Based on the jury's verdict, the Court's prior summary judgment and dismissal orders in the case, and the Court's finding in favor of Defendant and against Plaintiffs on their individual claims under the Seventh and Eighth Causes of Action, the Court enters final judgment in favor of Defendant against Plaintiffs on all Causes of Action in Plaintiffs' First Amended Complaint. Plaintiffs shall take nothing by way of their First Amended Complaint, the action is dismissed with prejudice as to Plaintiffs, and Defendant shall recover costs pursuant to a Bill of Costs filed in accordance with Local Rule 54-2 and 28 U.S.C. § 1920.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: 1/25/24

The Hon. Phillip S. Gutierrez
U.S. District Judge

4856-8523-1775, v. 6